**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date: January 14, 2011

Courtroom Deputy: Bernique Abiakam
Court Reporter:   Gwen Daniel
Probation Officer: Gary Kruck

**Criminal Action No.**

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Ryan T. Bergsieker

    Plaintiff,

v.

RACHEL HUNT,                                    Forrest W. Lewis

    Defendant.

**SENTENCING MINUTES**

**10:05 a.m.   Court in session.**

Court calls case.  Appearances of counsel.  Also present Special Agent, Derek Booth, United States Secret Service.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum/addenda.

Counsel for the government confirms that counsel has read the presentence report and addendum/addenda.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum/addenda with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The Court has considered all relevant matters of fact and law.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment(s) of conviction, sentence(s), and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motion is resolved as follows: Government's Motion For Downward Departure (Filed 12/21/10; Doc. No. 29) is GRANTED;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count One of the Information;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **3 months**;

5. That the defendant shall comply with the following conditions of supervised release:

    • all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    • all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    • the following explicit or special conditions of supervised release:

- that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of defendant's DNA;

- that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

- that the defendant shall make and pay any restitution and special assessment as ordered and required by the court;

- that the defendant shall not incur new credit charges or open or establish additional lines of credit without the advance written approval of defendant's probation officer unless defendant is then in complete compliance with the periodic payment obligations imposed in these orders;

- that the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments and any anticipated or unanticipated financial gains to the outstanding court-ordered financial obligations of restitution and fees in this case;

- that at defendant's expense, the defendant shall, unless then indigent, undergo an alcohol substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court;

- that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy,

        counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release all relevant records and reports of the defendant and the PSR to any person or entity responsible for or involved in the treatment of the defendant;

- that the defendant shall participate in and successfully complete a program of financial credit counseling as approved by the probation officer.

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are imposed / waived;

10. That the defendant shall pay restitution for the benefit of several victims identified by the Court, payable to the care of the Clerk of the Court in full, in the amount of $800.00, to be paid in installments of not less than 10% of her monthly gross income as determined periodically by her probation officer, to be paid jointly and severally with defendants Reiva Vela and Anthony Rey in criminal case no. 10-cr-00180-REB;

11. That immediately following today's hearing the defendant and her counsel shall confer with probation officer to schedule an appointment to receive, read, review and sign the conditions of probation imposed by this Court in the sentencing orders.

The Defendant waives formal advisement of appeal.

**ORDERED: Oral Motion To Discharge the Bail And Bond Of The Defendant is GRANTED.**

**10:33 a.m. Court in recess.**
Hearing concluded.
Total time in court: 28 minutes.